IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Style of case: **Sandra L. Albrecht v. Hotel Reservation Service, Inc.**

2. Civil action number: **3:21-cv-01123-L**

3. Nature of the suit: **age discrimination**

4. Method of ADR used: **mediation (by Zoom)**

5. Date ADR session was held: **March 11, 2022**

6. Outcome of ADR *(Select one)*:

    ☐ Parties did not use my services        ☐ Settled, in part, as a result of ADR

    **X** Settled as a result of ADR         ☐ Parties were unable to reach a settlement.

7. What was your TOTAL fee: **$7,450.00**

8. Duration of ADR: **eight (8) hours** (i.e., one day, two hours)

9. Please list persons in attendance (including party association, defendant, plaintiff). Please provide the names, address and telephone number of counsel on the reverse of this form.

    **Please see attached**

10. Provider information:

    Hon. Jeff Kaplan (Ret.)
    8401 North Central Expressway Suite 610
    Dallas, Texas 75225
    Telephone: (214) 744-5267


*/s/ Jeff Kaplan*                               March 29, 2022
Signature

<u>Alternative Dispute Resolution Summary</u>
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

James D. Sanford
Gillespie Sanford LLP
4803 Gaston Avenue
Dallas, Texas 75246
Phone: (214) 800-5111
Counsel for Plaintiff

Ashlee C. Grant
Paul M. Knettel
Baker & Hostetler LLP
811 Main Street, Suite 1100
Houston, Texas 77002
Phone: (713) 751-1600
Counsel for Defendant


Sandra L. Albrecht, with Plaintiff
Marc Oetzel, with Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2022, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court for the Northern District of Texas.

*/s/ Judy Stephenson*
Case Manager