IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SANDRA L. ALBRECHT, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | C. A. NO. 3:21-cv-1123-L |
| HOTEL RESERVATION SERVICE, INC. | § § § § | |
| *Defendant.* | § | |

## STIPULATION OF DISMISSAL

Under Federal Rule of Civil Procedure 41(a), Plaintiff Sandra L. Albrecht and Defendant Hotel Reservation Service, Inc. stipulate that this matter should be dismissed with prejudice. Each party shall bear her or its own costs except as otherwise agreed.

Date:  May  6 , 2022                                    Respectfully submitted,

| GILLESPIE SANFORD LLP | BAKER & HOSTETLER LLP |
|---|---|
| By: */s/ James D. Sanford* <br> James D. Sanford <br> Texas Bar No. 24051289 <br> Email: jim@gillespiesanford.com <br><br> 4803 Gaston Ave. <br> Dallas, Texas 75246 <br> Tel:     214.800.5111 <br> Fax:    214.838.0001 <br><br> **ATTORNEYS FOR PLAINTIFF SANDRA L. ALBRECHT** | By: */s/Ashlee C. Grant* <br> Ashlee C. Grant, *attorney-in-charge* <br> Texas Bar No. 24082791 <br> Federal ID No. 1607786 <br> Paul M. Knettel <br> Texas Bar No. 24102031 <br> Federal ID No. 3005240 <br> 811 Main Street, Suite 1100 <br> Houston, Texas  77002 <br> Phone: (713) 646-1364 <br> Fax: (713) 751-1717 <br> agrant@bakerlaw.com <br> pknettel@bakerlaw.com <br><br> L. David Anderson <br> State Bar No. 00796126 <br> 2850 North Harwood Street, Suite 1100 <br> Dallas, Texas 75201-2640 <br> Telephone: (214) 210-1200 <br> Facsimile: (214) 210-1201 <br> danderson@bakerlaw.com <br><br> **ATTORNEYS FOR DEFENDANT HOTEL RESERVATION SERVICE, INC.** |

## **CERTIFICATE OF SERVICE**

      I certify that on May 6, 2022 I electronically submitted the foregoing document to the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to the following individuals, who have consented in writing to accept this Notice as service of this document by electronic means: Ashlee Grant and Paul M. Knettel, BAKER HOSTETLER, attorneys for Defendant Hotel Reservation Service Inc.

                                */s/ James D. Sanford*
                                Plaintiff's Counsel